**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

RANDALL LEE MAYS, II,

        Plaintiff,

v.                                    CIVIL  ACTION  NO.  3:03-0535

WAYNE COUNTY JAIL,

        Defendant.

### ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of  proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that this action be dismissed from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** this action from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                           ENTER:      April 6, 2006

                           ROBERT C. CHAMBERS
                           UNITED STATES DISTRICT JUDGE